TRIAL COURT CASE NO. 15154
CCA NO. PD-0128-15
COA NO. 11-14-00112CR
STATE OF TEXAS
Johnny Eugene Davis Sr.

PD-0128-15

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 27 2015
Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS
JUL 27 2015
Abel Acosta, Clerk

I Johnny Eugene Davis Jr. do hereby petition the state of Texas to dismiss any and all criminal case(s) that are placed upon my self for the following violation. the state of Texas violated my civil rights these violations (September 2013) were made and presented to the grand jury of Palo Pinto Texas palo pinto county (November 2013) before any memorandum were filed with the state (March 2014 ? April 2014) this presented to the courts as state's were aware of these 57 violations it was presented to the courts as state's evidence. the above stated violation is viewable on defendants video interview with legal authorities in mineral wells Texas the defense attorney was made aware of these violations but refused to present these violations to the courts upon being informed of such violation the attorney for the defendant Richard Ritchie stated that the state didn't have to comply with my civil rights. defense attorney took advantage of unstable mental stability the palo pinto county jail has record of mental unstableness hypaficial wounds to defendants wrists on numerous occasions medical provide for county was also aware of unstableness when he prescribed Sevacoat (depression medication) to defendant. it was documented ~~February~~ July 2014

I will try to make this my last time to wrote to you until you have made a decision and after that Reviewing all the evidence in this case this includes video interview where my civil rights were violated as well as evidence showing that I couldn't have inflicted this injury. The confession I made was due to violations of state codes rules and regulations as well as being turd beaten for over a hour the confession came only after I refused to continue the interview the Police Department had no Choice But to violate state codes and rules due to my failure to admit that I was fully in this matter now for the past 2 years I have been fighting the urges to let the state take this "Battle" while I try to contemplate ways of ending my life because it is a constant battle knowing that I'm seperated everyday from my family. the Battle gets harder everyday so I request you re-view